JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

YIXI SUN,

Petitioner,

v.

ENFORCEMENT AND
REMOVAL OPERATIONS FIELD
OFFICE DIRECTOR, LOS
ANGELES, ET AL.,

Respondents.

Case No. 5:26-cv-02428-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 28, 2026



_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

2